# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REBECCA JOHNSON, | Civil No. 3:20-CV-05720-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). The administrative law judge (ALJ) will issue a new decision. Upon remand, the Appeals Council will instruct the ALJ to take any steps necessary to fully develop the record, and to do the following items:

- offer Plaintiff the opportunity for a hearing, to submit additional evidence, and make new arguments;
- reevaluate the medical opinion evidence of record, especially the opinions of Mark Heilbrunn, M.D. and Lynn Staker, M.D.
- reevaluate Plaintiff's symptom complaints;

Page 1  ORDER - [3:20-CV-05720-MAT]

- reevaluate Plaintiff's maximum physical and mental residual functional capacity as required by Social Security Ruling 96-8p;
- as needed, seek supplemental vocational expert evidence on whether Plaintiff can perform any work with her assessed limitations; and
- as needed, reassess whether Plaintiff could perform past relevant work or other jobs at step five.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this <u>30th</u> day of April, 2021.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2732
Fax: (206) 615-2531
jamala.edwards@ssa.gov